JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY D. BARBERA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social<br>Security Administration,<br><br>　　　　Defendant. | Case No. 2:20-cv-09161-SP<br><br><br>**JUDGMENT** |

　　Pursuant to the Memorandum Opinion and Order Dismissing Action for Failure to Prosecute,

　　IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: September 22, 2022

_____
SHERI PYM
United States Magistrate Judge